JC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Joshua S. Farner

# 49111

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Conlin

Dr. Dang

Dr. Szyhowski

Captain Avery

John Doe Warden

Dr. Nowakowski

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:23-cv-01767
Judge Nancy L. Maldonado
Judge M. David Weisman
PC 8
RANDOM

**RECEIVED**

eV  MAR 21 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CHECK ONE ONLY:

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

__X__  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.     **Plaintiff(s):**

A.     Name: Joshua Farner

B.     List all aliases: N/A

C.     Prisoner identification number: 49111

D.     Place of present confinement: Livingston County Jail

E.     Address: 644 West Lincoln Pontiac, IL 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.     Defendant: Dr. Conlin

       Title: Psychologist

       Place of Employment: MCC-Chicago

B.     Defendant: Dr. Danca

       Title: (retired) MCCA Chicago, Psychologist

       Place of Employment: Mcc-Chicago (retired)

C.     Defendant: Dr. Szyhowski

       Title: Psychology

       Place of Employment: MCC-Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Cpt Avery
   Institution Captain
   MCC - Chicago  — currently USP Thomson —

E. Bonnie Nowakoski
   Medical Doctor
   MCC - Chicago

F. Brij Mohan
   Medical Doctor
   MCC - Chicago

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Farner v. ~~Cook Co~~ Hurd

B. Approximate date of filing lawsuit: Dont remember

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Joshua S. Farner

D. List all defendants: Lt. Hurd Cook Co Jail

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northeastern District of IL

F. Name of judge to whom case was assigned: Judge R. Dow

G. Basic claim made: Due Process Violation, Negligence, and Deliberate Indifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Counsel appointed and case settled

I. Approximate date of disposition: 2016 maybe

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On or around 7-14-21 I, Joshua Farner requested to see psychology at MCC-Chicago and Dr. Conlin came to see me. I told her I was having thoughts of suicide and issues dealing with personal issues. After speaking for 10-15 minutes I was sent back to back to my cell where I had no cellmate even though I have a significant history of suicide and self-harming behavior. Later that night I attempted suicide by swallowing metal and razors. I was taken to Thorek Hospital where I had surgery to remove the objects. Upon return to MCC I removed staples and continued my self destructive behavior and filled the wound wound with feces, Dr. Mohan and Dr. NowaKoski neglected to give me any antibiotics or pain meds and that led to a severe infection which resulted in horrible pain, fever, and emergency hospitalization at Rush. Upon return I was seeing Dr. Dana and I repeatedly told him of thoughts of suicide while on suicide watch which led to ingesting a Key that led to another hospitalization and twice diving head first off a sink which led to hospitalizations and lasting neckpain and nerve damage. Between each attempt I was speaking to Captain Avery and with a history of suicide

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

attempts I was not suppose to be housed alone. Dr. Dana, Cpt. Avery Dr. Conlin, Dr. Mohan, Dr. Nowakoski never refered me to see a licensed psychiatrist and never put me in physical restraints to protect me from myself untill I the last night I was at MCC. Dr. Dana and Captain Avery then transfered me to Winnebago Co. jail where I was housed in a rubber room with no sink or toliet for an entire week on suicide watch without seeing any psychologist or Mental Health professional untill I was transfered to MCFP Springfield.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.      Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I pray this court grant monetary relief in the individual and official capacity. 000 Injunctions to change policies to prevent similar issues.

**VI.      The plaintiff demands that the case be tried by a jury.** ☐ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __14th__ day of __March__ , 20 _23_

_____
(Signature of plaintiff or plaintiffs)

__Joshua S. Farner__
(Print name)

__# 49111__
(I.D. Number)

__544 West Lincoln__

__Pontiac, IL 61764__
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Joshua S. Farner # 49111
Livingston County Jail
844 West Lincoln
Pontiac, IL 61764





United States Courthouse

Northern District of Illinois

Prisoner Correspondence

219 S. Dearborn

Chicago, IL 60605

03/21/2023-5

**LIVINGSTON COUNTY**
**844 W LINCOLN ST**
**PONTIAC, IL 61764**
**815-844-5774**